IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br>        Plaintiff,<br><br>v.<br><br>HERRELL & CO. d/b/a SNELLING PROFESSIONAL SERVICES and JOSHUA RICE,<br>        Defendants. | Case No. 4:15-cv-04211-SLD-JEH |

**Order**

The Plaintiff's Complaint (Doc. 1) asserts diversity of citizenship as the basis of the Court's subject matter jurisdiction. The allegations of the Complaint do not sufficiently support that assertion.

The Complaint alleges the following information about the parties. Plaintiff Auto-Owners Insurance Company is a Michigan corporation with its principal place of business in Lansing, Michigan. Defendant Snelling has a principal place of business in Moline, Illinois and it is an Illinois limited liability company. Defendant Rice is a citizen of Iowa.

Citizenship for diversity purposes of a limited liability company is the citizenship of each of its members. *Wise v. Wachovia Securities, LLC*, 450 F.3d 265, 267 (7th Cir. 2006). Thus, the Court must know the identity of each member of Defendant Snelling, as well as each member's citizenship. *Hicklin Engineering, LC v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006). If applicable, the Court must also know each member's members' citizenship. *Id.*

1

Accordingly, the Plaintiff is directed to file an amended complaint that adequately alleges the factual basis for this Court's jurisdiction. The amended complaint shall be filed within 14 days of this date.

*It is so ordered.*

Entered on December 23, 2015.

<u>s/Jonathan E. Hawley</u>
U.S. MAGISTRATE JUDGE